1 | Sandra A. Edwards (SBN 154578)
2 | sedwards@winston.com
  | WINSTON & STRAWN LLP
3 | 101 California Street
  | San Francisco, CA 94111
4 | Telephone: (415) 591-1412
  | Facsimile: (415) 591-1400

5 | Eric W. Bloom (*pro hac vice* forthcoming)
  | ebloom@winston.com
6 | WINSTON & STRAWN LLP
7 | 1901 L Street NW
  | Washington, DC 20036
8 | Telephone: (202) 282-5000
  | Facsimile: (202) 282-5100

9 | M. Imad Khan (*pro hac vice* forthcoming)
  | ikhan@winston.com
10 | 800 Capitol St.
   | Houston, TX 77002
11 | Telephone: (713) 651-2600
   | Facsimile: (713) 651-2700

13 | Attorneys for Applicant
   | FOOD DELIVERY HOLDING 12 S.A.R.L.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* APPLICATION OF: | CASE NO. 3:20-mc-80210 |
| FOOD DELIVERY HOLDING 12 S.A.R.L., | **APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING** |
| Applicant, | |
| To Issue a Subpoena for the Taking of a Deposition and the Production of Documents by GitHub, Inc. in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, | **(FILED CONCURRENTLY WITH MEMORANDUM OF LAW AND DECLARATION OF ERIC W. BLOOM IN SUPPORT THEREOF)** |
| Respondent. | |

Applicant Food Delivery Holding 12 S.A.R.L. ("FDH") applies to this Court for an Order under 28 U.S.C. § 1782 and Rules 26, 30, and 45 of the Federal Rules of Civil Procedure granting FDH leave to serve subpoenas on GitHub Inc. ("GitHub") for deposition testimony and for production of documents attached as Exhibit 1 to the Declaration of Eric W. Bloom.

I.     **BACKGROUND**

As explained further in the accompanying Memorandum of Law, FDH seeks evidence for use in an international arbitration brought by Mr. Ebrahim Al-Jassim ("Mr. Al-Jassim") against FDH (and two other respondents) pursuant to the arbitration rules of the Dubai International Finance Centre-London Court of International Arbitration (the "DIFC-LCIA Arbitration"). Mem. of Law in Supp. of App. for an Order Under 28 U.S.C. § 1782 to Issue a Subpoena to GitHub, Inc. at 1. The dispute underlying the arbitration arises principally out of a shareholders agreement between FDH and Mr. Al-Jassim for the operation and management of a company that owns shares in Hungerstation LLC ("Hungerstation"), a Saudi Arabian company operating an online and mobile-based app platform for food delivery in the Kingdom of Saudi Arabia. *Id.* at 2. At all times relevant to the arbitral dispute, Mr. Al-Jassim served as Hungerstation's director and held a minority shareholding interest in Hungerstation. *Id.* at 2. From October 2015 until April 2019, Mr. Al-Jassim also served as Hungerstation's CEO. *Id.* at 2-3.

The particulars of the arbitration are contained in the underlying Memorandum in support of this Application and the documents attached to the Application. Both the Memorandum and the relevant arbitral submissions have been filed in this Court under seal consistent with principles of confidentiality found in the governing DIFC-LCIA Arbitration rules. However, as shown in the attached Memorandum, third-party GitHub is in possession of evidence plainly relevant, if not critical, to one of the principal issues in the underlying arbitration. The arbitral Claimant, Mr. Al-Jassim, has asserted that he is not in possession of or otherwise has access to the requested evidence, thereby requiring FDH to seek the evidence from GitHub by way of this Application.

As we show in the accompanying papers, the discovery sought by FDH in this Application—documents and information that are directly relevant to factual issues that lie at the heart of the DIFC-LCIA Arbitration—is precisely the sort of discovery contemplated by 28 U.S.C. § 1782.

**II.   THIS REQUEST SATISFIES THE STATUTORY REQUIREMENTS OF SECTION 1782, AND THE DISCRETIONARY FACTORS ALSO MILITATE IN FAVOR OF THE REQUESTED DISCOVERY**

FDH is a party, and therefore, an "interested person" under Section 1782 in the DIFC-LCIA Arbitration. *Id.* at 1, 8. The information sought is for "use in" the DIFC-LCIA Arbitration. *Id.* at 4-8. GitHub is "found" within this district. *Id.* at 3, 8. All of the statutory requirements of 28 U.S.C. § 1782 are therefore met. In addition, all discretionary factors outlined by the Supreme Court in *Intel Corporation v. Advanced Micro Devices, Inc.*, favor granting FDH's request. *Id.* at 9-10 (citing *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004)).

FDH therefore respectfully requests that this Court issue an order permitting FDH to serve the attached subpoena or that the Court issue an Order to Show Cause why the subpoena should not immediately issue.

The arbitral hearing on the merits is currently scheduled to begin on June 7, 2021. FDH respectfully requests that the Court consider the Application on an expedited basis so that the requested evidence can be forensically analyzed and the matters briefed sufficiently in advance of the hearing date.

Dated: November 24, 2020

Respectfully submitted,

 /s/ *Sandra A. Edwards*
Sandra A. Edwards (SBN 154578)
sedwards@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1412
Facsimile:  (415) 591-1400

Eric W. Bloom (*pro hac vice* forthcoming)
ebloom@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

M. Imad Khan (*pro hac vice* forthcoming)
ikhan@winston.com
800 Capitol St.
Houston, TX 77002
Telephone:  (713) 651-2600
Facsimile:  (713) 651-2700

Attorneys for Applicant
FOOD DELIVERY HOLDING 12 S.A.R.L