1  Sandra A. Edwards (SBN 154578)
   sedwards@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111
   Telephone:   (415) 591-1000
4  Facsimile:   (415) 591-1400

5  Eric W. Bloom (*pro hac vice* forthcoming)
   ebloom@winston.com
6  WINSTON & STRAWN LLP
   1901 L Street NW
7  Washington, DC 20036
   Telephone:   (202) 282-5000
8  Facsimile:   (202) 282-5100

9  M. Imad Khan (*pro hac vice* forthcoming)
   ikhan@winston.com
10 800 Capitol St.
   Houston, TX 77002
11 Telephone:   (713) 651-2600
   Facsimile:   (713) 651-2700
12
   Attorneys for Applicant
13 FOOD DELIVERY HOLDING 12 S.A.R.L.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* APPLICATION OF:<br><br>FOOD DELIVERY HOLDING 12 S.A.R.L.,<br><br>Applicant,<br><br>To Issue a Subpoena for the Taking of a Deposition and the Production of Documents by GitHub, Inc. in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782,<br><br>Respondent. | CASE NO. 3:20-mc-80210<br><br>*DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY*<br><br>**MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING** |