1    Sandra A. Edwards (SBN 154578)
     sedwards@winston.com
2    WINSTON & STRAWN LLP
     101 California Street
3    San Francisco, CA 94111
     Telephone:   (415) 591-1000
4    Facsimile:     (415) 591-1400

5    Eric W. Bloom (*pro hac vice* forthcoming)
     ebloom@winston.com
6    WINSTON & STRAWN LLP
     1901 L Street NW
7    Washington, DC 20036
     Telephone:   (202) 282-5000
8    Facsimile:     (202) 282-5100

9    M. Imad Khan (*pro hac vice* forthcoming)
     ikhan@winston.com
10    800 Capitol St.
     Houston, TX 77002
11    Telephone:   (713) 651-2600
     Facsimile:     (713) 651-2700
12
     Attorneys for Applicant
13    FOOD DELIVERY HOLDING 12 S.A.R.L.

14

                   **UNITED STATES DISTRICT COURT**
15
                 **NORTHERN DISTRICT OF CALIFORNIA**
16

17    *IN RE* APPLICATION OF:               CASE NO.  3:20-mc-80210

18    FOOD DELIVERY HOLDING 12
     S.A.R.L.,                           **DECLARATION OF ERIC W. BLOOM IN**
19                                    **SUPPORT OF APPLICANT FOOD**
                          Applicant,          **DELIVERY HOLDING 12 S.A.R.L.'S**
20                                    **APPLICATION FOR AN ORDER UNDER 28**
                                   **U.S.C. § 1782 TO ISSUE A SUBPOENA TO**
21    To Issue a Subpoena for the Taking of a    **GITHUB, INC. FOR THE TAKING OF A**
     Deposition and the Production of           **DEPOSITION AND THE PRODUCTION OF**
22    Documents by GitHub, Inc. in a Foreign    **DOCUMENTS FOR USE IN A FOREIGN**
     Proceeding Pursuant to 28 U.S.C. § 1782,   **PROCEEDING**
23
                         Respondent.
24

25

26

27

28

I, Eric W. Bloom, declare as follows:

1.      I am a member in good standing of the Bar of the District of Columbia.  I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit.  My *pro hac vice* application for admission to this Court is forthcoming.

2.      I am a partner at the law firm Winston & Strawn LLP and counsel for Applicant Food Delivery Holding 12 S.A.R.L. ("FDH").  The matters stated herein are based on my personal knowledge and, if I am called as a witness, I will testify to them.

3.      I make this declaration in support of FDH's Application for An Order Under 28 U.S.C. § 1782 to Issue a Subpoena to GitHub, Inc. for the Taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding.

4.      **Exhibit 1** is a true and correct copy of FDH's proposed Subpoena to produce documents and to testify at a deposition under FRCP 30(b)(6) deposition.

5.      **Exhibit 2** is a true and correct copy of the Statement of Defence and Counterclaims dated May 8, 2020 in the DIFC-LCIA Arbitration.

6.      **Exhibit 3** is a true and correct copy of the Updated Request for Arbitration dated October 27, 2020 in the DIFC-LCIA Arbitration.

7.      **Exhibit 4** is a true and correct copy of GitHub's Statement of Designation by Foreign Corporation and Statement of Information, both filed with the California Secretary of State.

8.      **Exhibit 5** is a true and correct copy of "About GitHub" retrieved from GitHub's webpage, at https://github.com/about.

9.      **Exhibit 6** is a true and correct copy of the Expert Report of Dr. Sandeep Chatterjee, dated May 7, 2020, in the DIFC-LCIA Arbitration.

10.     **Exhibit 7** is a true and correct copy of the Tribunal's July 6, 2020 Decision on Disclosures (Excerpts) in the DIFC-LCIA Arbitration.

11.     **Exhibit 8** is a true and correct copy of the Claimant's Response to Respondents' Disclosure Application (Excerpts), dated October 21, 2020, in the DIFC-LCIA Arbitration.

12.     **Exhibit 9** is a true and correct copy of a letter from Winston & Strawn to GitHub, Inc. dated October 14, 2020.

13.    **Exhibit 10** is a true and correct copy of an email dated October 27, 2020 from GitHub, Inc. to Winston & Strawn.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 24th day of November 2020 in Washington, D.C.

Eric W. Bloom

DECLARATION OF ERIC BLOOM ISO APPLICATION

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4

FILED
in the office of the Secretary of State
of the State of California

JUL 1 1 2012

## Statement and Designation
## by Foreign Corporation

GITHUB, INC.
[Name of Corporation]

_____, a corporation organized and existing under the

laws of _____Delaware_____ makes the following statements and designation:
[State or Place of Incorporation]

1.  The address of its principal executive office is _____

    548 4th Street, San Francisco, California 94107

2.  The address of its principal office in the State of California is _____

    548 4th Street, San Francisco, California 94107

### Designation of Agent for Service of Process In the State of California
[Complete either Item 3 or Item 4.]

3.  (Use this paragraph if the process **agent is a natural person**.)

    Chris Wanstrath _____ , a natural person residing in the State of

    California, whose complete street address in California is _548 4th Street_

    San Francisco, CA 94107 _____ , is designated as agent upon whom process directed to

    this corporation may be served within the State of California, in the manner provided by law.

4.  (Use this paragraph if the process **agent is another corporation**.)

    _____

    a corporation organized and existing under the laws of _____ ,

    is designated as agent upon whom process directed to this corporation may be served within the State

    of California, in the manner provided by law.

5.  It irrevocably consents to service of process directed to it upon the agent designated above, and to
    service of process on the Secretary of State of the State of California if the agent so designated or the
    agent's successor is no longer authorized to act or cannot be found at the address given.

_____                              Chris Wanstrath, Chief Executive Officer
[Signature of Corporate Officer]                 [Typed Name and Title of Officer Signing]

*If an individual is designated as the agent for service of process, include the agent's business or residential **street** address in California (a P.O. Box address is not acceptable). If another corporation is designated as the agent for service of process, do not include the address of the designated corporation. **Note:** Corporate agents must have complied with California Corporations Code section 1505 prior to designation, and a corporation cannot act as its own agent*

Secretary of State **Form**
S&DC-STOCK/NONPROFIT (Rev 02/2012)

# *Delaware*

PAGE   1

### *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "GITHUB, INC." IS DULY INCORPORATED
UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING
AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF
THIS OFFICE SHOW, AS OF THE ELEVENTH DAY OF JULY, A.D. 2012.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "GITHUB, INC."
WAS INCORPORATED ON THE SECOND DAY OF JULY, A.D. 2012.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE NOT BEEN ASSESSED TO DATE.

5157550   8300

120824556

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9701598

DATE: 07-11-12



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GITHUB, INC. |

| | |
|---|---|
| Entity (File) Number: | C3488095 |
| File Date: | 07/22/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GH17815 |

**Detailed Filing Information**

1. Entity Name:

   GITHUB, INC.

2. Business Addresses:

   a. Street Address of Principal
      Office in California:


   b. Mailing Address:

      ONE MICROSOFT WAY
      REDMOND, Washington 98052
      United States of America

   c. Street Address of Principal
      Executive Office:

      ONE MICROSOFT WAY
      REDMOND, Washington 98052
      United States of America

3. Officers:

   a. Chief Executive Officer:

      NATHANIEL D. FRIEDMAN
      ONE MICROSOFT WAY
      REDMOND, Washington 98052
      United States of America

   b. Secretary:

      BENJAMIN OWEN ORNDORFF
      ONE MICROSOFT WAY
      REDMOND, Washington 98052
      United States of America

Document ID: GH17815

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                MIKE  TAYLOR
                ONE MICROSOFT WAY
                REDMOND, Washington 98052
                United States of America

4.  Director:                         Not Applicable

      Number of Vacancies on the Board of
      Directors:                     Not Applicable

5.  Agent for Service of Process:    CORPORATION SERVICE COMPANY
                                   WHICH WILL DO BUSINESS IN
                                   CALIFORNIA     AS CSC - LAWYERS
                                   INCORPORATING SERVICE
                                   (C1592100)

6.  Type of Business:             SALES & MARKETING

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   BENJAMIN OWEN ORNDORFF

Document ID: GH17815

# EXHIBIT 5

# **GitHub** is how people build software

We're supporting a community where more than 50 million[*] people learn, share, and work together to build software.

---

## October 2007
First commit

---

## San Francisco
Headquarters

---

## 100 million[*]
Repositories hosted

---

\* As of August 2019

We're working hard to build a supportive, welcoming place for users and GitHubbers alike.
[Learn more about our commitment to diversity and inclusion.](#)

---

## Careers
Come help us make collaboration even better. We've built a company we truly love working for, and we think you will too.

## Press
Developers from all around the world are building amazing things together. Their story is our story.

## Blog
Learn about the latest company info, new features, and general goings-on at GitHub.

## Leadership
Meet the team leaders behind the world's leading software development platform.

## GitHub Status

We continuously monitor the status of github.com and all its related services. If there are any interruptions in service, a note will be posted here.

## Milestones

A timeline of significant moments in GitHub's history.

## Social Impact

Learn about how GitHub's people, products, and platform are creating positive and lasting change around the world.



# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL

# EXHIBIT 8
# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL