1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* APPLICATION OF: | CASE NO. 3:20-mc-80210 |
| FOOD DELIVERY HOLDING 12 S.A.R.L., | **[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS** |
| Applicant, | |
| To Issue a Subpoena for the Taking of a Deposition and the Production of Documents by GitHub, Inc. in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, | |
| Respondent. | |

1 | Having considered the Application for an Order Under 28 U.S.C. § 1782 to Issue a Subpoena to GitHub, Inc. for the Taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding ("Application"), submitted by Food Delivery Holding 12 S.A.R.L. ("Applicant") and all papers submitted in support thereof, this Court rules as follows:

(a) The Application is granted;

(b) Applicant is authorized to serve GitHub, Inc. ("Respondent") with the Subpoenas attached to the Memorandum of Law in Support of the Application as Exhibit 1; and

(c) Respondent is directed to respond to such Subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE