# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* APPLICATION OF:<br><br>FOOD DELIVERY HOLDING 12 S.A.R.L.,<br><br>                  Applicant,<br><br>To Issue a Subpoena for the Taking of a Deposition and the Production of Documents by GitHub, Inc. in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782,<br><br>                  Respondent. | CASE NO.  3:20-mc-80210<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICANT FOOD DELIVERY HOLDING 12 S.A.R.L.'S MEMORANDUM IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS** |

On November 24, 2020, Food Delivery Holding 12 S.A.R.L. ("Applicant") filed an Administrative Motion to File Under Seal Applicant's Memorandum in Support of an Application for an Order Under 28 U.S.C. § 1782 to Issue a Subpoena to GitHub, Inc. for the Taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding and Exhibits 1-3 and 6-10 to the Declaration of Eric W. Bloom ("Bloom Declaration").

Having considered Applicant's Administrative Motion to File Under Seal, the Court rules as follows:

| Document or Exhibit No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Granted/Denied |
|---|---|---|---|---|
| Memorandum in Support of An Application for an Order Under 28 U.S.C. § 1782 to Issue a Subpoena to GitHub, Inc. for the taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding ("Memorandum of Law") | Memorandum | Entire Document | Refers to or describes the exhibits below, which contain information or are themselves subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules (2016). | |
| **Exhibit 1** to the Declaration of Eric W. Bloom in Support of Memorandum of Law ("Bloom Declaration") | Subpoena to produce documents, and for an accompanying deposition under FRCP 30(b)(6) deposition | Entire Document | Contains information subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 2** to the Bloom Declaration | Statement of Defence and Counterclaim in DIFC-LCIA Arbitration | Entire Document | Material in the arbitration subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 3** to the Bloom Declaration | Request for Arbitration in DIFC-LCIA | Entire Document | Material in the arbitration subject to the | |

| Document or Exhibit No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Granted/Denied |
|---|---|---|---|---|
| | Arbitration | | confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 6** to the Bloom Declaration | Expert Report in DIFC-LCIA Arbitration | Entire Document | Material in the arbitration subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 7** to the Bloom Declaration | Tribunal's Decision on Disclosures (Excerpts) in DIFC-LCIA Arbitration | Entire Document | Material in the arbitration subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 8** to the Bloom Declaration | Claimant's Response to Respondents' Disclosure Application (Excerpts) in DIFC-LCIA Arbitration | Entire Document | Material in the arbitration subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 9** to the Bloom Declaration | Letter from Winston & Strawn to GitHub, Inc. | Entire Document | Contains information subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |
| **Exhibit 10** to the Bloom Declaration | E-mail from GitHub, Inc. to Winston & Strawn | Entire Document | Contains information subject to the confidentiality obligations imposed by the DIFC-LCIA Arbitration Rules. | |

In addition, the Court **GRANTS** Applicant's request to share the above-referenced sealed materials with the claimant, Mr. Ebrahim Al-Jassim, in the DIFC-LCIA Arbitration as a professional courtesy in light of both his interests and his concomitant duty to maintain the confidentiality of the arbitral materials.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE