Sandra A. Edwards (SBN 154578)
sedwards@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Eric W. Bloom (*pro hac vice* forthcoming)
ebloom@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

M. Imad Khan (*pro hac vice* forthcoming)
ikhan@winston.com
800 Capitol St.
Houston, TX 77002
Telephone:  (713) 651-2600
Facsimile:  (713) 651-2700

Attorneys for Applicant
FOOD DELIVERY HOLDING 12 S.A.R.L.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* APPLICATION OF:<br><br>FOOD DELIVERY HOLDING 12 S.A.R.L.,<br><br>           Applicant,<br><br>To Issue a Subpoena for the Taking of a Deposition and the Production of Documents by GitHub, Inc. in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782,<br><br>           Respondent. | CASE NO. 3:20-mc-80210<br><br>*DOCUMENT FILED UNDER SEAL IN ITS ENTIRETY*<br><br>**MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING** |