| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and Address)*: <br> Sandra A. Edwards ,Esq | SBN:  Bar No.15478 <br> WINSTON & STRAWN LLP / SF <br> 101 California Street 34th Floor   San Francisco, CA 94111 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 591-1000 | FAX NO. (415) 591-1400 | E-MAIL ADDRESS *(Optional)*: sedwards@winston.com | |
| ATTORNEY FOR *(Name)*:  FOOD DELIVERY HOLDING 12 S.A.R.L. | |

| **UNITED STATES DISTRICT COURT** |
|---|
| STREET ADDRESS: 1301 CLAY STREET |
| CITY AND ZIP CODE: OAKLAND, CA 94612 |
| BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: IN RE APPLICATION OF: <br> DEFENDANT/RESPONDENT: FOOD DELIVERY HOLDING 12 S.A.R.L., | CASE NUMBER: <br> 3:20-mc-80210 |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: <br> 017344.00003 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SEE ATTACHED LIST OF DOCUMENTS**

PARTY SERVED: **GitHub, Inc.**

DATE & TIME: **11/25/2020**
**12:55 PM**

ADDRESS: **CSC**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 326.20**
County: **Sacramento**
Registration No.: **2017-40**
**Nationwide Legal, LLC Reg: 12-234648**
**859 Harrison Street, Suite A**
**San Francisco, CA 94107**
**(415) 351-0400**
**Ref: 017344.00003**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **December 08, 2020**.

Signature: _____
**Alejandro Rubio**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                   Order#: SF26459/General

NOTICE OF ELECTRONIC FILING;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

ECF REGISTRATION INFORMATION;

CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE;

SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING;

MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING;

DECLARATION OF ERIC W. BLOOM IN SUPPORT OF APPLICANT FOOD DELIVERY HOLDING 12 S.A.R.L.'S APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING;

[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS;

ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICANT FOOD DELIVERY HOLDING 12 S.A.R.L.'S MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS;

DECLARATION OF ERIC W. BLOOM IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICANT FOOD DELIVERY HOLDING 12 S.A.R.L.'S MEMORANDUM IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS;

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICANT FOOD DELIVERY HOLDING 12 S.A.R.L.'S MEMORANDUM IN SUPPORT OF AN APPLICATION FOR AN

ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING AND SUPPORTING DOCUMENTS;

MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING;

NEF DOCKET #2 - ATTACHMENT: 4 – FILED 2020-11-24;

MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. 1782 TO ISSUE A SUBPOENA TO GITHUB, INC. FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING;

NEF DOCKET #2 - ATTACHMENT: 5 – FILED 2020-11-24;

EXHIBIT 1;

NEF DOCKET #2 - ATTACHMENT: 6 – FILED 2020-11-24;

EXHIBIT 2;

NEF DOCKET #2 - ATTACHMENT: 7 – FILED 2020-11-24;

EXHIBIT 3;

NEF DOCKET #2 - ATTACHMENT: 8 – FILED 2020-11-24;

EXHIBIT 6;

NEF DOCKET #2 - ATTACHMENT: 9 – FILED 2020-11-24;

EXHIBIT 7;

NEF DOCKET #2 - ATTACHMENT: 10 – FILED 2020-11-24;

EXHIBIT 8;

NEF DOCKET #2 - ATTACHMENT: 11 – FILED 2020-11-24;

EXHIBIT 9;

NEF DOCKET #2 - ATTACHMENT: 12 – FILED 2020-11-24;

EXHIBIT 10.